# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05CR256-5

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Vs. | )     **ORDER** |
| | ) |
| **BEVERLY CHANDLER CLARK.** | ) |
| _____ | ) |

**THIS MATTER** is before the court upon defendant's Motion to Continue. Having considered defendant's Motion to Continue and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, and that defendant is not yet ready to proceed on such motion and that such continuance is not to a date certain, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue is **GRANTED,** the May 3, 2006, hearing is **CANCELLED**, and defendant's Motion for Reconsideration of Bond is **DENIED** without prejudice as to refiling once defendant resolves pending state charges.

Signed: May 3, 2006

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge