# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05 CR 256-5

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Vs.** ) | **ORDER** |
| ) | |
| **BEVERLY CHANDLER CLARK,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

THIS CAUSE coming on to be heard and being heard before the undersigned, Dennis L. Howell, United States Magistrate Judge for the Western District of North Carolina, upon a motion entitled, "Motion for Reconsideration of Bond" filed by the defendant's attorney on April 21, 2006. At the call of this matter on for hearing it appeared that the defendant was present with her attorney, Jack Stewart, and that the government was represented through the Assistant United States Attorney. At the call of this matter on for hearing Mr. Stewart requested that the court continue hearing of the motion so that Mr. Stewart could determine whether or not there were any pending charges against the defendant in Caldwell County, North Carolina. The undersigned considers that as a result good cause has been shown for the granting of the defendant's motion.

IT IS THEREFORE **ORDERED** that the above entitled matter be continued and be rescheduled upon the filing of a motion requesting calendaring by the defendant.

Signed: May 4, 2006

*/s/ Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge